EMORY A. CHASE, et al., as Executors, etc., Respondents, *v.* WILLIAM BELDEN, Appellant.

(Argued October 17, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 17, 1888, which affirmed a judgment in favor of plaintiffs, entered upon a verdict.

*Everett P. Wheeler* for appellant.

*Peter Cantine* and *Emory A. Chase* for respondents.

Agree to affirm; no opinion.
All concur except GRAY, J., who reads for reversal.
Judgment affirmed.